IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**OCCIDENTAL LIFE INSURANCE**
**COMPANY OF NORTH CAROLINA**                                               PLAINTIFF

V.                               CASE NO. 3:19-CV-3070

**ALLISON BLACK, as the Administratrix**
**of the Estate of John Villines; TERA**
**DEMEYER, as the Administratrix**
**of the Estate of Amy Villines**                                           DEFENDANTS

ORDER

Before this Court is a Consent Motion for Interpleader Deposit (Doc. 12) filed by Plaintiff Occidental Life Insurance Company of North Carolina ("Occidental"). Both Defendants have consented to the Motion. Occidental seeks to deposit with the Clerk of Court the proceeds from a life insurance policy in the sum of one hundred thousand dollars ($100,000.00), plus interest, and less a deduction in the amount of four thousand dollars ($4,000.00) for Occidental's attorneys' fees incurred in bringing this interpleader, as agreed by the parties. Occidental also seeks to be dismissed from the action. The Defendants intend to file a joint motion to discharge the funds to the registry of the Boone County Probate Court.

**IT IS HEREBY ORDERED** that Occidental's Motion (Doc. 12) is **GRANTED**. Occidental Life Insurance Company of North Carolina is permitted to deposit the disputed funds payable under Policy No. xxxxxx8600, plus interest and less a deduction for $4,000.00 for its reasonable attorneys' fees and costs incurred, into the registry of the Court for ultimate distribution by order of this Court. The Defendants are restrained from commencing any action against Occidental Life Insurance Company of North Carolina on

1

the insurance policy at issue in this action, and Occidental Life Insurance Company of North Carolina is discharged from any and all liability under Policy No. xxxxxx8600 to any of the Defendants, their heirs, assigns, or any other person or entity claiming entitlement to benefits under said policy. Upon payment into the Court of the death benefit, Occidental is **DISMISSED WITH PREJUDICE** as a party to this action.

IT IS SO ORDERED, this 21st day of November, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE